**94–941.** State ex rel. Brantley v. Littlefield. In Habeas Corpus. *Sua sponte,* cause dismissed.
MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**94–942.** State v. Smith. *Jefferson County,* No. 93–J–40. Judgment affirmed.
MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**94–954.** State ex rel. Johnson v. Collins. In Habeas Corpus. *Sua sponte,* cause dismissed.
MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**94–976.** State ex rel. Coster v. Ohio Adult Parole Auth. In Mandamus. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**94–993.** River Downs Invest. Co. v. Ohio Bur. of Workers' Comp. Action Pursuant to R.C. 4121.25. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**94–1018.** State ex rel. Men–Guer Chrysler Plymouth, Inc. v. Chrysler Corp. In Quo Warranto. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**94–1043.** State v. Wilson. *Cuyahoga County,* No. 52031. Judgment affirmed.
MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**94–1064.** In re Writ of Habeas Corpus for Jerninghan. In Habeas Corpus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**94–1066.** State v. Dick. *Monroe County,* No. CA–576. Judgment affirmed.
MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**94–1069.** State ex rel. Abbo v. Lucas Cty. Court of Appeals. In Mandamus. *Sua sponte,* cause dismissed.
MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, F.E. SWEENEY and PFEIFER, JJ., concur.
RESNICK, J., not participating.

**94–1104.** State ex rel. Pariseau v. Saferin. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**94–1106.** State ex rel. Wilson v. Eighth Dist. Court of Appeals. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**94–1107.** State ex rel. Brumley v. Angelotta. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**94–1147.** State v. Hicks. *Cuyahoga County,* No. 44456. Judgment affirmed.
MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**94–1184.** State v. Carpenter. *Cuyahoga County,* No. 49951. Judgment affirmed.
MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**94–1195.** Karmasu v. Collins. In Habeas Corpus. *Sua sponte,* cause dismissed.
MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**94–1248.** State ex rel. Rodriguez v. Yoshino. In Mandamus. *Sua sponte,* cause dismissed.
MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK and F.E. SWEENEY, JJ., concur.
PFEIFER, J., dissents and would allow the writ.

**94–1259.** Blevins v. Mitchell. In Habeas Corpus. *Sua sponte,* cause dismissed.
MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.